# 768 CASES REPORTED WITH BRIEF SYLLABI.

MINNIE SEIFF, Appellant, v. JACOB D. TERRIS, Respondent.— Judgment of the County Court of Kings county reversed upon the law and the facts, and new trial ordered, costs to abide the event. We think the evidence presented an issue of fact on the question of defendant's negligence. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

SAMUEL L. SHAPIRO, Respondent, v. JENNIE SHAPIRO and Others, Respondents. LILLIAN C. SCHWARTZMAN, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

ALFRED R. SORENSEN and THOMAS DONIGAN, Appellants, v. MORRIS PHILIP, Respondent.— Order denying plaintiffs' motion to strike out the answer and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JOHN VON HULSE, Respondent, v. AUGUST SCHMIEMANN, Appellant.— Judgment reversed upon the law, and new trial granted, costs to appellant to abide the event. It was error for the court to charge the jury as requested by plaintiff's counsel at folios 687 and 688. The question of plaintiff's contributory negligence was a close one, and the charge that the advanced age of the plaintiff might be considered in fixing what would be reasonable exercise of care on his part, was clearly erroneous. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

SAMUEL ZIERLER, Respondent, v. LOUIS M. BLOCH and ALBERT BLOCH, Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

W. B. CRUIKSHANK BUILDING CORPORATION, Respondent, v. GEORGE W. EGBERT, SR., Appellant.— Order denying defendant's motion to frame issues for trial by a jury affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Cropsey at Special Term. [Reported in 129 Misc. 268.] Kelly, P. J., Manning, Kapper and Hagarty, JJ., concur; Lazansky, J., dissents, being of opinion that defendant made out a case for a jury trial as a matter of right.

PHILIP APPELBAUM, as Administrator, etc., of SAMUEL APPLEBAUM, Deceased, Respondent, v. IRVING WEISS and HYMAN KARP, Appellants, and Another, Defendant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BERKEL REALTY CO., INC., Appellant, v. ROBERT F. HOCKENJOS, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BENJAMIN COHEN, Respondent, v. LOUISE B. DEMOTT, Appellant.— Motion to dismiss appeal denied, upon the ground that it is claimed that a second bill of costs is improperly involved therein. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JOHN E. COLLINS, Appellant, v. DAVID SEROTA and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.